1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

\*E-Filed 4/9/14\*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

AAREN WILLIAMS STRIPLIN,                    No. C 14-0948 RS (PR)

        Petitioner,                    **ORDER OF DISMISSAL**

    v.

JUDGE CLAIRE MAIER,

        Respondent.
                                 /

    Petitioner has failed to comply with the Court's order to (1) file an application to proceed *in forma pauperis* ("IFP"), or (2) pay the filing fee of $5.00.  Accordingly, the action is DISMISSED without prejudice for failure to respond to the Court's order and for failure to prosecute under Federal Rule of Civil Procedure 41(b).  Because this dismissal is without prejudice, petitioner may move to reopen the action.  Any motion to reopen **must** contain (1) a complete IFP application, or (2) full payment for the filing fee.  The Clerk shall enter judgment in favor of respondent, and close the file.

    **IT IS SO ORDERED**.

DATED:  April 9, 2014

                                   RICHARD SEEBORG
                            United States District Judge